IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHEMGUARD, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-1155-O |
| | § | |
| U.S. FOAM, INC. d/b/a | § | |
| U.S. FOAM TECHNOLOGIES, INC. | § | |
| ALDEN D. OZMENT and ANGELA C. | § | |
| OZMENT | § | |
| | § | |
| Defendants. | § | |

**ORDER AND MEMORANDUM OPINION**

Before the Court is a Joint Report from the parties. Doc. # 45. The Court deems it prudent to hold a hearing on the status of the case before setting a schedule.

Accordingly, the Court ORDERS that the scheduling matters be set for a hearing for **October 14, 2009** at **10:00 a.m.** The hearing will convene in United States District Judge's Courtroom 1505, 1100 Commerce Street, Dallas, Texas.

Lead counsel for Chemguard, Inc., Defendant U.S. Foam, Inc. (d/b/a U.S. Foam Technologies), Defendant Alden D. Ozment, and Defendant Angela C. Ozment must appear and be prepared to discuss all issues related to the future conduct of this litigation.

So **ORDERED** this 9th day of October, 2009.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1